```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

| | |
|---|---|
| PIERRE WATSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:15CV1241 JCH |
| | ) |
| UNKNOWN MOORE, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's amended complaint, wherein plaintiff has indicated that he is suing defendants Unknown Hayden (Field Training Officer, St. Louis County Justice Services), Unknown Moore (Correctional Officer, St. Louis County Justice Services) and Nurse Erica Unknown (Nurse Practitioner, Corizon, Inc.), in their individual capacities.

As noted in the Court's Memorandum and Order issued on December 22, 2015, plaintiff's claims against these defendants, brought pursuant to the Eighth Amendment for deliberate indifference to his medical needs, survive review under 28 U.S.C. § 1915. The Court will order the Clerk of Court to issue process on these defendants.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall issue process on defendants Unknown Hayden (Field Training Officer), Unknown Moore (Correctional Officer) and Nurse Erica Unknown (Nurse Practitioner), in their individual capacities.

**IT IS FURTHER ORDERED** that Nurse Erica Unknown (Nurse Practitioner) shall be served in accordance with the Memorandum of Understanding set forth between the U.S.D.C. of the E.D.Mo. and Corizon Health, Inc.

**IT IS FURTHER ORDERED** that St. Louis County Justice Center employees Unknown Hayden and Unknown Moore shall be individually served at their place of employment, at the St. Louis County Justice Center.

Dated this 22nd day of February, 2016.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE