UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| PIERRE WATSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15CV1241 JCH |
| | ) | |
| UNKNOWN MOORE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Before the Court is defendant Hayden's motion for extension of time to file his answer or other responsive pleading. Defendant Hayden seeks until October 8, 2016 to file his responsive pleading. The Court will grant defendant's motion.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Hayden's motion for extension of time to file his answer or other responsive pleading [Doc. #46] is **GRANTED**.

**IT IS FURTHER ORDERED** that defendant's answer or other responsive pleading is due to the Court no later than **October 8, 2016**.

Dated this 8th day of September, 2016.

\s\ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE