UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| PIERRE WATSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15CV1241 JCH |
| | ) | |
| UNKNOWN MOORE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. Summons was returned unexecuted on August 26, 2016, for defendant Erica Criss because she is no longer employed by the St. Louis County Justice Center. And plaintiff has informed the Court that he does not know Ms. Criss' address for service. As a result, the Court will direct defense counsel, the St. Louis County Counselor, to submit to the Court, *in camera*, the last known residential address for Ms. Criss.

Accordingly,

**IT IS HEREBY ORDERED** that defense counsel will provide the Court with defendant Erica Criss' last known address, *in camera*, no later than twenty-one (21) days from the date of this Order.

Dated this 8th day of September, 2016.

\s\ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE